IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONALD EDDMONDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **05-731 - GPM** |
| ) | |
| **CHARLES HINSLEY, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge**:

Before the court is plaintiff's Motion to Compel. **(Doc. 29)**.

Plaintiff seeks an order compelling defendants to produce an incident report written by a Lieutenant Taylor and defendant Quertermous. Defendants state in their response that no such reports have been located. They represent to the court that they have produced copies of all incident report which have been discovered, and that no other incident reports are known to exist. **See, Doc. 30.**

Plaintiff believes that Taylor and Quertermous must have prepared reports because, according to his interpretation, such reports are required by the Illinois Administrative Code. However, the court cannot order a party to produce a document which does not exist.

Upon consideration and for good cause shown, plaintiff's Motion to Compel **(Doc. 29)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: March 12, 2007.**

                                               **s/ Clifford J. Proud**
                                               **CLIFFORD J. PROUD**
                                               **UNITED STATES MAGISTRATE JUDGE**